Peter A. Sandberg
INGALDSON FITZGERALD, P.C.
813 W. 3rd Ave.
Anchorage, Alaska 99501
Phone: (907) 258-8750
Fax: (907) 258-8751
bill@impc-law.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| JEAN C. ORENGA DE GAFFORY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | Case No. 3:17-cv-_____ |
| ) | |
| Defendant. ) | |

## COMPLAINT AND JURY DEMAND

Plaintiff, Jean C. Orenga De Gaffory, through his attorney of record, and for his complaint against the defendant, states and alleges as follows:

## PARTIES AND JURISDICTION

1.  This action arises under the Federal Tort Claims Act, 28 U.S.C. § 1346(b), and §§ 2671 *et seq.*

2.  Plaintiff, Jean C. Orenga De Gaffory is, and at all material times was, a resident of Eagle River, Alaska.

INGALDSON
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

3. The Alaska Native Medical Center ("ANMC") is a non-profit corporation organized pursuant to Alaska law. Upon information and belief, ANMC is a corporation in good standing in the State of Alaska. ANMC operates a regional medical clinic in Anchorage, Alaska.

4. The United States has assumed tort liability under the Federal Tort Claims Act for the negligent acts of ANMC employees.

5. An administrative claim was presented on November 15, 2016. On May 18, 2017 Plaintiff was mailed a letter denying his claim. Plaintiff is filing his complaint pursuant to 28 U.S.C. § 2401(b).

## BACKGROUND AND FACTS

6. On April 24, 2014, Jean C. Orenga De Gaffory was seen at the Alaska Native Medical Center. He had had been in a motorcycle collision, and sustained a left shoulder humeral head fracture.

7. On May 2, 2014, Jean C. Orenga De Gaffory underwent extensive surgery with internal fixation, bone grafting and hardware placement to repair his shoulder. That surgery was completed at the Alaska Native Medical Center by Dr. Charles Hightower.

8. On May 19, 2014, Jean C. Orenga De Gaffory required a revision surgery for his left shoulder, as the graft had broken and his sutures has pulled through his bone graft.

9. On June 3, 2014, he developed drainage from the surgical site, and he was treated with oral antibiotics. He continued to report pain deep in his left shoulder.

INGALDSON
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

10. On June 23, 2014, he presented again to the Alaska Native Medical Center with evidence of the wound dehiscence, and a small amount of fat draining from the surgical wound. He underwent another surgery on June 24, 2014 for a surgical site infection which revealed purulent and necrotic tissue at the surgical site. Tissue from the wound was sent for further testing which revealed a Propionibacterium infection.

11. Jean C. Orenga De Gaffory treated for this infection for the following four months with oral antibiotics. He was seen by medical staff at ANMC for follow up care.

12. On December 11, 2014, Jean C. Orenga De Gaffory underwent surgery at Alaska Native Medical Center with Dr. Charles Hightower to remove the hardware in his left shoulder. He was assured that the infection in his left shoulder was no longer evident.

13. Jean C. Orenga De Gaffory continued to have extreme pain in his left shoulder joint, and was seen at ANMC in January of 2015 complaining of ongoing pain. In February of 2015, he was referred to physical therapy, and had complaints of sharp shooting pain in his left shoulder

14. He was referred for a MRI of his left shoulder, which was done in February of 2015, and reviewed in March of 2015. Results demonstrated malunion of his lesser tuberosity in his left shoulder. He was recommended to have a bone biopsy to confirm that he did not have further infection in his left shoulder. A referral was sent to Providence Imaging for a left humerus bone biopsy with cultures on April 10, 2015. In spite of his complaints, no further follow up testing for bone infection was done, and he was not treated with antibiotics for the possible continuing infection.

INGALDSON FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*Orenga de Gaffory v. USA*
Case No. 3:17-cv-
Complaint
Page 3 of 5
Case 3:17-cv-00211-SLG   Document 1   Filed 10/06/17   Page 3 of 5

15. On October 26, 2015 Jean C. Orenga De Gaffory underwent left rotator cuff repair at Alaska Native Medical Center, with Dr. Charles Hightower. During that surgery a deep bony cavity in his left shoulder bone was revealed. That bony cavity was filled with purulence. Laboratory testing confirmed that this pus was positive for Propionibacterium acnes infection, the same infection that he had been previously diagnosed with. He was diagnosed with chronic osteomyelitis of his left shoulder.

16. The treatment Jean C. Orenga De Gaffory received from the ANMC medical providers was below the standard of care, and, as a result, he has suffered serious and permanent physical disfiguration and disabilities, and economic damages from loss of work.

## FIRST CAUSE OF ACTION: NEGLIGENCE

17. Plaintiff realleges and incorporates the allegations in Paragraphs 1-16, above.

18. At the above-mentioned time and place, Defendant, through its agents, servants and employees, was negligent in failing to properly and timely diagnose Plaintiff Jean C. Orenga De Gaffory's medical condition, in spite of his repeated attempts to get help for his chronic shoulder pain.

19. Defendant's employees' negligence breached the standard of care required of health care providers in the field in which the doctors were practicing.

20. As a direct and proximate result of the foregoing negligent acts or omissions on the part of the Defendant's employees or agents, Plaintiff, Jean C. Orenga De Gaffory suffered damages, including but not limited to, past and present medical expenses, past

INGALDSON FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*Orenga de Gaffory v. USA*
Case No. 3:17-cv-
Complaint
Page 4 of 5
Case 3:17-cv-00211-SLG   Document 1   Filed 10/06/17   Page 4 of 5

and present loss of wages, past and present loss of earning capacity, past and present pain and suffering, past and present emotional distress, and loss of enjoyment of life. The precise amount of his damages will be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that the court grant him the following relief:

1. A trial by jury;

2. An award of economic and non-economic damages, the precise amount to be proven at trial;

3. Allowable costs and attorney's fees; and

4. Such other relief as the court deems equitable and just.


RESPECTFULLY SUBMITTED this 6th day of October, 2017

                          INGALDSON FITZGERALD, P.C.
                          Attorneys for Plaintiff

                        By:  s/Peter Sandberg
                              Peter Sandberg
                              ABA No. 0611084

F:\W\5248.001\Pleadings\Complaint.docx

INGALDSON FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*Orenga de Gaffory v. USA*
Case No. 3:17-cv-
Complaint

Page 5 of 5

Case 3:17-cv-00211-SLG   Document 1   Filed 10/06/17   Page 5 of 5